IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**WELLS FARGO FINANCIAL LEASING, INC.**                               **PLAINTIFF**

v.                               **CASE NO. 4:15CV00164 BSM**

**MAPLE RIDGE FARMING COMPANY, LLC**
**AND JONATHAN W. WILLIAMS**                                          **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, judgment is entered for plaintiff against defendants in the amount of $445,512.40.

IT IS SO ORDERED this 1st day of September 2015.

_____
UNITED STATES DISTRICT JUDGE